1  Randall M. Widmann SBN 73154
   Law Offices of Randall M. Widmann
2  2479 E. Bayshore Rd., Ste 703
   Palo Alto, California 94303
3  (650) 424-8400

4  Attorney for Defendant,
   Taigh Ramey

5

6              UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF CALIFORNIA

7  SILVERBIRDS ENTERPRISE, LTD.,        )
                                         )  Case No. 2:13-CV-01190-WBS-AC
8                                        )
                  Plaintiff,             )  **STIPULATION AND ORDER**
9                                        )
            vs.                          )
10                                       )
   TAIGH RAMEY, individually and doing   )
11 business as Vintage Aircraft          )
                                         )
12              Defendant.               )
                                         )

13

14     The respective parties having met and conferred regarding the removal of the above-

15 entitled action to this Court, do hereby stipulate as follows:

16     1.  That this matter be remanded by this Court to the State Superior Court from which it

17 was removed.

   Dated: 6/20/13                      _____
18                                          /s/
                                        Doug Durham
19                                      Attorney for Plaintiff

   Dated:  6/21/13                     _____
20                                          /s/
                                        Randall M. Widmann
21                                      Attorney for Defendant

22                            **ORDER**

23     The Court having read and considered the stipulation of the parties set forth hereinabove,

24 does hereby grant their request and orders that the above-entitled matter be remanded forthwith

25 to the Superior Court of the State of California, in and for the County of San Joaquin.

   DATED:  June 24, 2013  _____
26
                          WILLIAM B. SHUBB
27                        UNITED STATES DISTRICT JUDGE

28 **STIPULATION AND ORDER**                                    1