Randall M. Widmann SBN 73154
Law Offices of Randall M. Widmann
2479 E. Bayshore Rd., Ste 703
Palo Alto, California 94303
(650) 424-8400

Attorney for Defendant,
Taigh Ramey

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

SILVERBIRDS ENTERPRISE, LTD., )
) Case No. 2:13-CV-01190-WBS-AC
)
Plaintiff, ) **STIPULATION AND ORDER**
)
vs. )
)
TAIGH RAMEY, individually and doing )
business as Vintage Aircraft )
)
Defendant. )
)

    The respective parties having met and conferred regarding the removal of the above-entitled action to this Court, do hereby stipulate as follows:

    1. That this matter be remanded by this Court to the State Superior Court from which it was removed.

Dated: 6/20/13                                     /s/
                                                   Doug Durham
                                                   Attorney for Plaintiff

Dated: 6/21/13                                    /s/
                                          Randall M. Widmann
                                          Attorney for Defendant

**ORDER**

    The Court having read and considered the stipulation of the parties set forth hereinabove, does hereby grant their request and orders that the above-entitled matter be remanded forthwith to the Superior Court of the State of California, in and for the County of San Joaquin.

DATED: June 24, 2013      */s/ William B. Shubb*
                                     WILLIAM B. SHUBB
                                     UNITED STATES DISTRICT JUDGE